IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


BRANDY DENICE ADAMS                                              PLAINTIFF


v.                    NO. 3:16-cv-00303 PSH


NANCY A. BERRYHILL, Acting Commissioner                          DEFENDANT
of the Social Security Administration


## ORDER

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 28th day of June, 2017.


_____
UNITED STATES MAGISTRATE JUDGE